IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES McCONICO, JR., | ) |
| Plaintiff, | ) |
| vs | ) CIVIL ACTION NO. 96-G-0445-S |
| HATTIE FRENCH AND ROBERT JAMES SYKES, | ) |
| Defendants. | ) |

ENTERED OCT 25 1999

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, the defendants' Rule 60(b) motion is due to be denied.[1] An appropriate order will be entered.

DONE, this 25th day of October, 1999.

J. FOY GUIN, JR.,
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] On October 5, 1999, an order was entered giving the plaintiff an additional fourteen days to object to the report and recommendation. The plaintiff has failed to respond.